Claude Leon **GOODMAN** and Thomas James **Patterson**, Petitioners-Appellants,

v.

**UNITED STATES** of America, Respondent-Appellee.

No. 71–1826
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

Claude L. Goodman and Thomas J. Patterson, pro se.

C. S. White-Spunner, Jr., U. S. Atty., Irwin W. Coleman, Jr., Asst. U. S. Atty., Mobile, Ala., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. See Local Rule 21.[1]

---

\* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).